UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00025 |
| | ) | JUDGE CAMPBELL |
| MIRIAM ALVARADO-BARAHONA, | ) | |
| MARIA IBERRA RAIZ, | ) | |
| MARIO A. CARCAMO, and | ) | |
| DELA MERCADO-CRUZ | ) | |

ORDER

Defendant Dela Mercado-Cruz failed to attend the status conference held on April 18, 2014, at 8:30 a.m. Defendant Mercado-Cruz shall report to the Probation Office by noon today, April 18, 2014. The Probation Office shall also drug test Defendant Dela Mercado-Cruz today. The Probation Office shall advise the Court, in writing, regarding compliance with this Order.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE