UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00025 |
| | ) | JUDGE CAMPBELL |
| MARIO IBERRA RAIZ | ) | |
| a/k/a Jose Vallecillo-Lozano | ) | |
| MIRIAM ALVARADO-BARAHONA | ) | |

## ORDER

Pending before the Court is a Joint Motion for Continuance (Docket No. 65) of the plea date scheduled for September 4, 2014. The Motion is GRANTED.

The change of plea hearing for Defendants Raiz and Alvarado-Barahona are RESCHEDULED for September 11, 2014, at 1:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE